PEOPLE, Respondent, v. FISHMAN, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Proceeding by the People of the State of New York against Barnet Fishman. E. T. Taliaferro, of New York City, for appellant. (G. Z. Medalie, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. FRIEDMAN, Appellant. (Supreme Court, Appellate Division, First Department. June 13, 1913.) Proceeding by the People of the State of New York against Philip Friedman. K. H. Rosenberg, of New York City, for appellant. G. Z. Medalie, of New York City, for the People. No opinion. Judgment affirmed. Order filed. See, also, 141 N. Y. Supp. 1136.

PEOPLE, Respondent, v. FUCILLO, Appellant. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York against Minnie Fucillo. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. GANDOLFO, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Proceeding by the People of the State of New York against Angelo Gandolfo. J. Weber, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. GATELLE, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Proceeding by the People of the State of New York against Pedro Gatelle. H. S. Bird, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. GOLDSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York against Max Goldstein. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York against David Harris.

PER CURIAM. Judgment of conviction of the County Court of Kings county reversed, and new trial ordered, for prejudicial error in the admission of evidence in relation to defendant's photograph from the police records, with inscriptions on the back thereof, and also of conversations held in the absence of the defendant. See, also, 142 N. Y. Supp. 1135.

THOMAS and RICH, JJ., dissent.

PEOPLE, Respondents, v. HARRIS, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Proceeding by the People of the State of New York against David Harris. No opinion. Motion denied. See, also, 142 N. Y. Supp. 1135.

PEOPLE, Respondent, v. HARTIGAN, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Proceeding by the People of the State of New York against John J. Hartigan. J. A. Donnelly, of New York City, for appellant. R. C. Taylor, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondents, v. HATTON, Appellant. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York against Elizabeth Hatton. No opinion. Motion to dismiss appeal granted.

PEOPLE, v. HEINEMAN. (Supreme Court, Appellate Division, First Department. May 31, 1913.) Proceeding by the People of the State of New York against William Heineman. No opinion. Motion granted, and case set down for argument for June 5, 1913.)

PEOPLE, Respondent, v. INDORSKY, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Proceeding by the People of the State of New York against Joseph Indorsky. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. JACKSON, Appellant. (Supreme Court, Appellate Division, First Department. June 13, 1913.) Proceeding by the People of the State of New York against Edgar R. Jackson. G. D. Lamb, of New York City, for appellant. R. C. Taylor, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. JUELL, Appellant. (Supreme Court, Appellate Division, Second Department. June 13, 1913.) Proceeding by the People of the State of New York against Christian S. Juell. No opinion. Judgment of conviction of the County Court of Kings county affirmed by default. See, also, 141 N. Y. Supp. 1138.

PEOPLE, Respondent, v. KORNDAHL, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Proceeding by the People of the State of New York against John E. Korndahl. S. J. Siegel, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed. See, also, 141 N. Y. Supp. 1138.

PEOPLE v. LAWLOR et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Proceeding by the People of the State of New York against Owen Lawlor and another. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. LAYDON, Appellant. (Supreme Court, Appellate Division,